Lois Phillips, Respondent, v. Joseph T. Phillips, Appellant.— Orders unanimously modified by reducing alimony to the sum of thirty-five dollars a week and counsel fee to the sum of $200, and as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Morris Goosey, Appellant, v. Minnie Goosey, an Alleged Incompetent, by Janet Elkin, Her Guardian ad Litem, Respondent.— Order entered on or about February 1, 1939, so far as appealed from, unanimously modified by granting the motion to vacate all items in the demand for a bill of particulars except item 10, and items 8 and 9 as modified by the order appealed from, and as so modified, affirmed, without costs. Verified bill of these items to be served within ten days after service of a copy of the order with notice of entry thereof. Order entered March 1, 1939, unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Charles Russell Williams, an Infant, by Wesley Williams, His Guardian ad Litem, and Wesley Williams, Respondents, v. Savoy Associates, Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of Supplementary Proceedings: Charles Kaiser and Charlotte Sprayregen, Judgment Creditors, Respondents, v. Sally Kaiser, Judgment Debtor, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and grant motion.

Gerald S. Trenbath, Appellant, v. Livingston Platt and Others, Respondents, Impleaded with Another, Defendant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle orders on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Mary E. Smith, Appellant, v. Elen Meade, Also Known as Helen C. Meade, Also Known as Helen M. Smith, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Elias Sirgany, Respondent, v. Title Guarantee and Trust Company, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Myron S. Yochelson v. City of New York, Samuel Levy, Individually, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.